JACOB M. HARPER (State Bar No. 259463)
jharper@dwt.com
MARCY BLATTNER MICALE (State Bar No. 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

Fax: (213) 633-6899
Attorneys for Defendant
UTZ QUALITY FOODS, LLC
(erroneously sued as Utz Quality Foods, Inc.)

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIM CHUNG,<br><br>Plaintiff,<br><br>v.<br><br>UTZ QUALITY FOODS, INC.,<br><br>Defendant. | Case No.: 2:26-cv-03374-DJC-CKD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Having reviewed the parties' Stipulation for Extension of Time, and finding good cause therefore, the Court hereby GRANTS the Stipulation and ORDERS that the deadline for Defendant to respond to Plaintiff's complaint is extended from November 24, 2026, to December 1, 2026.

IT IS SO ORDERED.

Dated: November 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE